UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

USA

    - against -

IVAN ECHAVARRIA,

             Defendant.

------------------------------------------------------X

16 Cr. 00399-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

ROMÁN, D.J.:

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated June 30, 2016, is approved and accepted.

                                                               SO ORDERED.

                                                               Nelson S. Román
                                                               United States District Judge

Dated: White Plains, NY
          September 15, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2016